# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 8, 2021

## NO. 03-19-00471-CR

**Gerald Wilson Thomas, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND KELLY
MODIFIED AND, AS MODIFIED, AFFIRMED --
OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment requiring reversal. However, there was error in the judgment that requires correction. Therefore, the Court modifies the trial court's judgment of conviction to accurately reflect that Thomas's "Degree of Offense" is a "Second-Degree Felony Enhanced to Habitual Offender (25 Years to 99 Years or Life)" and that the "Statute for Offense" from the Penal Code is "22.02(a)(2)." The judgment, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.